JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLY HANSON,<br><br>Plaintiff,<br><br>vs.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | CASE NO. 2:19-cv-00551-MWF-JEM<br><br>**ORDER TO DISMISS ACTION** |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this entire matter shall be dismissed. Each party is to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: February 16, 2022

_____
MICHAEL W. FITZGERALD
United States District Judge